CLEMENTE M. JIMÉNEZ, SBN 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
DOUGLAS PIGGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS SHARRON PIGGEE, JR.,<br><br>Defendant. | Case Nos.: 2:23-cr-00029-JAM<br>            2:98-cr-00499-JAM<br>            2:22-cr-00155-JAM<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND DISPOSITIONAL HEARING**<br><br>DATE:  August 26, 2025<br>TIME:   9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Haddy Abouzeid, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant Douglas Piggée, that the sentencing hearing scheduled for August 26, 2025, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on September 23, 2025, at 9:00 a.m. for judgment and sentence.

Defense counsel requires additional time to review case records and confer with Mr. Piggée. Consequently, after consulting with US Probation, the parties propose the following briefing schedule (**2:23-cr-00029-JAM**):

Informal Objections due: **08/26/2025**

Final PSR due:  **09/02/2025**

Motion for Correction:  **09/09/2025**

Reply, or Non-Opposition: **09/16/2025**

Sentencing: **09/23/2025**

DATED:     July 14, 2025                                   /S/     Haddy Abouzeid
                                                           HADDY ABOUZEID
                                                           Attorney for Plaintiff


                                                           /S/     Clemente M. Jiménez
                                                           CLEMENTE M. JIMÉNEZ
                                                           Attorney for Douglas Piggee

## ORDER

Based on the stipulation of the parties, the Court hereby **CONTINUES** the August 26, 2025 sentencing hearing (**2:23-cr-00029-JAM**) and dispositional hearing (**2:22-cr-00155-JAM; 2:98-cr-00499-JAM**) to **September 23, 2025, at 9:00 a.m.**, before the undersigned, and **ADOPTS** the above presentence report schedule.

   IT IS SO ORDERED.


Dated: July 22, 2025                         /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE