1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  431 I Street, Suite 102
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  DOUGLAS PIGGEE

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          Case No.: 2:23-cr-029 JAM
                                              2:98-cr-499 JAM
10              Plaintiff,                     2:22-cr-155 JAM

11      v.                             **STIPULATION AND ORDER**
12                                     **CONTINUING SENTENCING**
                                       **HEARING AND DISPOSITIONAL**
13  DOUGLAS SHARRON PIGGEE, JR.,       **HEARING**

14              Defendant.

15                                     DATE:   September 23, 2025
16                                     TIME:   9:00 a.m.
                                       JUDGE:  Hon. John A. Mendez
17

18

19

20

21

22

23

24

25      IT IS HEREBY STIPULATED by and between Assistant United States Attorney

26  Haddy Abouzeid, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for

27  Defendant Douglas Piggée, that the sentencing hearing scheduled for September 23,

28

                                    - 1 -

2025, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on October 21, 2025, at 9:00 a.m. for judgment and sentence.

Defense counsel requires additional time to review case records and confer with Mr. Piggée.  Defense counsel was notified on August 22, 2025, that Mr. Piggée had been transferred to a detention facility in Mendota, California.

Consequently, after consulting with US Probation, the parties propose the following modifications to the disclosure schedule (**2:23-cr-00029-JAM**):

Informal Objections due: **09/23/2025**

Final PSR due:  **09/30/2025**

Motion for Correction:  **10/07/2025**

Reply, or Non-Opposition:  **10/14/2025**

J&S:  **10/21/25**


DATED:       August 25, 2025                    /S/     Haddy Abouzeid
                                               HADDY ABOUZEID
                                               Attorney for Plaintiff


                                               /S/     Clemente M. Jiménez
                                               CLEMENTE M. JIMÉNEZ
                                               Attorney for Douglas Piggée

**ORDER**

Based on the stipulation of the parties, the Court hereby **CONTINUES** the September 23, 2025 sentencing hearing (**2:23-cr-00029-JAM**) and dispositional hearing (**2:22-cr-00155-JAM; 2:98-cr-00499-JAM**) to **October 21, 2025, at 9:00 a.m.**, before the undersigned, and **ADOPTS** the above modifications to the disclosure schedule (**2:23-cr-00029-JAM**).

August 28, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE