CLEMENTE M. JIMÉNEZ, SBN 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
DOUGLAS PIGGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS SHARRON PIGGEE, JR.,<br><br>Defendant. | Case No.: 2:23-cr-029 JAM<br>             2:98-cr-499 JAM<br>             2:22-cr-155 JAM<br><br>**THIRD STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND DISPOSITIONAL HEARING**<br><br>DATE:  October 21, 2025<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Haddy Abouzeid, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant Douglas Piggée, that the sentencing hearing scheduled for October 21, 2025, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on December 9, 2025, at 9:00 a.m. for judgment and sentence.

    Defense counsel requires additional time to review case records and confer with Mr. Piggée who is currently housed in Mendota.

    Consequently, after consulting with US Probation, the parties propose the following modifications to the disclosure schedule in Case Number **2:23-cr-00029-JAM**:

Motion for Correction:  **11/25/2025**

Reply, or Non-Opposition:  **12/02/2025**

J&S:  **12/09/2025**

Stipulation and Order

| | |
|---|---|
| DATED:   October 14, 2025 | /S/      Haddy Abouzeid<br>HADDY ABOUZEID<br>Attorney for Plaintiff |
| | /S/      Clemente M. Jiménez<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Douglas Piggée |

## ORDER

Based on the stipulation of the parties, the Court hereby **CONTINUES** the October 21, 2025 sentencing hearing (**2:23-cr-00029-JAM**) and dispositional hearing (**2:22-cr-00155-JAM and 2:98-cr-00499-JAM**) to **December 09, 2025, at 9:00 a.m.**, before the undersigned, and **ADOPTS** the above modifications to the disclosure schedule (**2:23-cr-00029-JAM**).

IT IS SO ORDERED.

Dated: October 16, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order