LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
STEVEN WOODS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>          v.<br><br>DOUGLAS PIGGEE<br><br>                Defendants. | Case No.: 2:23-cr-00029-JAM<br>          2:98-cr-00499-JAM<br>          2:22-cr-00155-JAM<br><br>**<u>FOURTH</u> STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND DISPOSITIONAL HEARING**<br><br>DATE: March 3, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.     By previous order, this matter was set for sentencing on March 3, 2026.

2.     By this stipulation, defendant moves to continue the sentencing date to May 19, 2026

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 1,000 Bates-stamped pages of documents, photographs, and multiple body-worn camera recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for the defendant was recently appointed in this matter, as the undersigned counsel entered this case on November 19, 2025.  ECF No. 59.  After this appointment date, the government provided the above-described discovery to the undersigned counsel.

STIPULATION AND ORDER           1

c)      Counsel for defendant desires additional time to consult with his client, to collect mitigation to present at sentencing, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to otherwise prepare for the hearing.  Counsel for defendant will also be filing a motion to withdraw Mr. Piggee's guilty plea.  In light of the anticipated motion, the parties intend to file a proposed briefing schedule for the Court's consideration.

d)      Undersigned counsel for the government will be out of the country for a two-week period in March and unavailable during that time.

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The parties have conferred with the assigned United States Probation Officer, who has no objection to continuing the sentencing hearing to May 19, 2026.

g)      The government does not object to the continuance, and the parties agree that Case No. 2:23-CR-00029-JAM should remain scheduled together with Case Nos. 2:22-CR-00155-JAM and 2:98-CR-00499-JAM.

h)      Pursuant to the Court's prior minute order (ECF No. 73), sentencing memoranda are due seven (7) days before sentencing, with responses due five (5) days in advance of sentencing.  If the Court grants a continuance and sets sentencing for May 19, 2026, any sentencing memorandum would be due by 5:00 p.m. on May 12, 2026, and any response would be due by 3:00 p.m. on May 14, 2026.

IT IS SO STIPULATED.

///

///

///

///

STIPULATION AND ORDER

2

Dated:  February 19, 2026

ERIC GRANT
United States Attorney


/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney


Dated:  February 19, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
DOUGLAS PIGGEE

### ORDER

Based on the stipulation of the parties, the Court hereby **CONTINUES** the March 03, 2026 sentencing hearing (**2:23-cr-00029-JAM**) and dispositional hearing (**2:22-cr-00155-JAM and 2:98-cr-00499-JAM**) to **May 19, 2026, at 9:00 a.m.**, before the undersigned.

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., on **Tuesday, May 12, 2026**. Any response thereto shall be filed on or before 3:00 p.m., on **Thursday, May 14, 2026**.

IT IS SO ORDERED

Dated: February 19, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

4